IN THE MATTER OF MARIA L. CLARK. — Order affirmed, with ten dollars costs and disbursements.

THOMAS B. KERR and others, *Plaintiffs, v.* GEORGE B. McANENY, *Defendant.* — Judgment ordered for plaintiffs, with costs. Opinion by BRADY, J.

THE RAILWAY AGE PUBLISHING COMPANY, *Appellant, v.* JOHN J. GARNETT and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

WILLIAM C. RENCHER, *Appellant, v.* STEPHEN B. ELKINS, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.

JOHN H. CHAMBERS, *Appellant, v.* WILLIAM H. APPLETON and others, *Respondents.* — Order and judgment affirmed.

ALFRED HARRIS *v.* B. D. BROWN. — Motion granted, without costs.

NICHOLAS H. BABCOCK *v.* JOSEPH EMRICH. — Motion denied, with ten dollars costs.

AUGUST PLUMGER *v.* FREDERICK HOMEYER. — Motion denied, without costs.

THOMAS D. ADAMS *v.* ABRAM STERN. — Motion denied, without costs.

PHŒBE FELLOWS, *Appellant, v.* RICHARD C. FELLOWS, *Respondent.* — Judgment affirmed. Opinion by BRADY, J.

GEORGE WINTER, *Respondent, v.* MARGARET ECKERT, *Appellant.* — Judgment affirmed. Opinion by BRADY, J.

GEORGE G. HAVENS *v.* BENJAMIN A. WILLIS. — Judgment affirmed. Opinion by BRADY, J.

IN THE MATTER OF ALPHONSINE MERTAIN. — Motion denied, with ten dollars costs.

ETTA ARMSTRONG *v.* WILLIAM A. CUMMINGS. — Motion granted that the plaintiff pay over the amount of costs as directed in opinion, without costs. Opinion *Per Curiam.*

JOHN G. MASTERTON *v.* JAMES BOYCE. — Motion denied, with ten dollars costs.

MARGARET BUDD *v.* STEPHEN A. WALKER. — Motion denied, with ten dollars costs.

HENRY DE STUCKLE, *Appellant, v.* THE TEHUANTEPEC RAILWAY COMPANY and others, *Respondents.* — Judgment reversed, and judgment ordered for plaintiff, with leave to answer on the usual terms, with costs. Opinion by DAVIS, P. J.

HANNAH MEAD *v.* LUCRETIA C. SMITH. — Motion for reargument granted, with ten dollars costs to abide event.